**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Jakemer, et al., | No. CIV 06-2583-PHX-SMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Aaron A. Romano, et al., | |
| Defendants. | |

Having considered the request of the Romano and Carson Defendants as well as the O'Brien Plaintiffs to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **June 18, 2007, at 2:00 p.m.** before this Court [Dkt. 29], and for good cause shown,

**IT IS ORDERED** that Romano and Carson Defendants as well as the O'Brien Plaintiffs may appear telephonically at the June 18th Rule 16 Conference. The parties appearing telephonically are responsible for coordinating a conference call among themselves prior to calling the Court on a clear line at **1:55 p.m.** Mountain Standard Time ( 3 hours behind Eastern Daylight Time) at 602-322-7555 on June 18th.

DATED this 6th day of June, 2007.

Stephen M. McNamee
United States District Judge