**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Jakemer, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Aaron A. Romano, et al.,<br><br>　　　　Defendants. | CIV-06-2583-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulated Notice of Dismissal filed by the parties (Dkt. 42) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to Defendants Randall Carson, Heather Carson, John Turner, and Heidi Turner.

**IT IS FURTHER ORDERED** that the above-captioned action is dismissed without prejudice as to Defendants Aaron Romano and Tracy Romano.

**IT IS FURTHER ORDERED** that the Clerk shall terminate this matter.

DATED this 20th day of December, 2007.

Stephen M. McNamee
United States District Judge